IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

FILED IN THE
US BANKRUPTCY COURT
2011 MAR 22  AM 11: 16
TIM J. ELL...
BY_____
DEPUTY CLERK

| In Re: | ) | |
|---|---|---|
| | ) | |
| POTTER, COLE | ) | |
| POTTER, DUSTY | ) | |
| | ) | Case No. 09-20672 |
| | ) | Chapter 7 |
| Debtor(s). | ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

Gary A. Barney, Trustee of the above estate, hereby respectfully reports:

1. That more than ninety days have passed since bond premium payment was made in this case and I have stopped payment on all checks remaining unpaid and reissued to the United States Bankruptcy Court in the amount of $ 8.83.

2. That the names of the persons to whom such negotiated checks were issued, the amount of such checks, and their last known addresses are:

| **Name** | **Address** | **Amount** |
|---|---|---|
| International Sureties | One Shell Square
701 Podygras Street, Suite 420
New Orleans, LA 70139 | $8.83 |

3. That the Trustee's check for $ 8.83 payable to the United States Bankruptcy Court is attached to this report and list.

DATED this ~~19th~~ 21st day of March 2011.

/s/ Gary A. Barney
Gary A. Barney, Trustee